Jorge Antonio DELGADO, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 09–70977.

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2011.*

Filed March 22, 2011.

Reza Athari, Reza Athari & Associates, PLLC, a Multi–Jurisdictional Firm, Las Vegas, NV, for Petitioner.

Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Daniel I. Smulow, Trial, U.S. Department of Justice, Washington, DC, for Respondent.

Before: FARRIS, LEAVY, and BYBEE, Circuit Judges.

## MEMORANDUM **

Jorge Antonio Delgado, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals'

---

*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Iturribarria v. INS,* 321 F.3d 889, 894 (9th Cir.2003), and we deny the petition for review.

The BIA acted within its discretion in denying as untimely Delgado's motion to reopen because the motion was filed more than six years after the BIA's final order of removal, *see* 8 C.F.R. § 1003.2(c)(2), and Delgado did not establish that he acted with the due diligence required for equitable tolling of the time limitation, *see Iturribarria,* 321 F.3d at 897.

Delgado's remaining contention is not persuasive.

**PETITION FOR REVIEW DENIED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.